Certificate Number: 17082-PAM-DE-040358409

Bankruptcy Case Number: 25-03382



17082-PAM-DE-040358409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 29, 2025</u>, at <u>8:46</u> o'clock <u>AM MST</u>, <u>ALLEN J NOVATSKI</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 29, 2025</u>       By:    <u>/s/Orsolya K Lazar</u>

                               Name:  <u>Orsolya K Lazar</u>

                               Title:  <u>Executive Director</u>