## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen Novatski aka Allen John Novatski, aka Allen J Novatski, aka Allen P Novatski, aka Allen John Paul Novatski<br>Victoria Jane Novatski aka Victoria Novatski, aka Victoria J Novatski<br>Debtor(s) | BK NO. 25-03382 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
05 Dec 2025, 10:22:42, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322