United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 25-03382-MJC

Allen Novatski                                                    Chapter 13

Victoria Jane Novatski

      Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen Novatski, Victoria Jane Novatski, 806 Laconia Cir, S. Abington Twp, PA 18411-9703 |
| 5762023 | + | Fidelity, PO Box 790084, St Louis, MO 63179-0084 |
| 5762027 | | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5762026 | + | Geisinger, PO Box 983165, Boston, MA 02298-3165 |
| 5762030 | + | Hematology Oncology Associates, 1100 Meade Street, Dunmore, PA 18512-3169 |
| 5762033 | + | Medicus Urgent Care, 1208 O'Neill Hwy, Dunmore, PA 18512-1709 |
| 5762036 | + | NEI Ambulatory Surgery Center, PO Box 24353, New York, NY 10087-0350 |
| 5762037 | + | Northeastern Eye Institute, PO Box 24353, New York, NY 10087-0350 |
| 5762039 | | Officer or Managing Agent, OneMain Financial, 239 Northern Blvd, Suite 1, S Abington Twp, PA 18411-9302 |
| 5762038 | | Officer or Managing Agent, OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5762047 | + | Scranton Quincy Clinic, Attn 27944X, PO Box 14000, Belfast, ME 04915-4033 |
| 5762046 | | Scranton Quincy Clinic, PO Box 10499, Belfast, ME 04915 |
| 5762048 | + | Soleil Management Villas at Regal Palms, PO Box 770188, Coral Springs, FL 33077-0188 |
| 5762056 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5762058 | #+ | Vacation Village at Bonaventure, PO Box 9610, Coral Springs, FL 33075-9610 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:35 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762011 | | Email/Text: wwilde@aspennational.com | Jan 05 2026 18:50:00 | Aspen National Collections, Attn: Bankruptcy, PO Box 10689, Brooksville, FL 34603-0689 |
| 5762012 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2026 18:50:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5762013 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2026 18:50:00 | Barclays/Wyndham, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5762014 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2026 18:47:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5762015 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2026 18:47:33 | Capital One/Kohls, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5762016 | ^ | MEBN | Jan 05 2026 18:45:15 | Client Services, 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5762017 | + | Email/Text: bankruptcydept@wyn.com | Jan 05 2026 18:50:00 | Club Wyndham, Attn: Bankruptcy Dept, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |
| 5762019 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | Jan 05 2026 18:49:00 | Discover, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5762018 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 05 2026 18:47:20 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5762020 | | Email/Text: mrdiscen@discover.com | Jan 05 2026 18:49:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5762021 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 05 2026 18:50:00 | Elan Financial Services, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2459 |
| 5762022 | + | Email/Text: bankruptcydept@wyn.com | Jan 05 2026 18:50:00 | Fairfield Acceptance, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |
| 5762024 | + | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 18:50:00 | Ford Motor Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 5762025 | | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 18:50:00 | Ford Motor Credit Company, PO Box 542000, Omaha, NE 68154-8000 |
| 5763156 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:20 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5764287 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:35 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762029 | + | Email/Text: collectionsbk@glcu.org | Jan 05 2026 18:50:00 | Great Lakes Credit Union, PO Box 1289, Bannonkburn, IL 60015-6004 |
| 5762031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:57:41 | LVNV Funding LLC/Resurgent Capital, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5764616 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:47:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5762034 | | Email/Text: ml-ebn@missionlane.com | Jan 05 2026 18:49:00 | Mission Lane Tab Bank, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5762032 | ^ | MEBN | Jan 05 2026 18:44:44 | Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5762035 | ^ | MEBN | Jan 05 2026 18:44:44 | NCB Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5762040 | | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:32 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5766900 | + | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:19 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5762041 | | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:05 | OneMain Financial, 239 Northern Blvd, Suite 1, S Abington Twp, PA 18411-9302 |
| 5762043 | | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2026 18:49:00 | Professional Account Services, PCU, PO Box 68, Brentwood, TN 37024-0068 |
| 5762042 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 05 2026 18:50:00 | Phillips & Cohen Associates, Ltd, Mail Stop: 661, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5762044 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:57:47 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5762045 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 05 2026 18:50:00 | Rocket Mortgage, 662 Woodward Ave, Detroit, MI 48226-3433 |
| 5762050 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2026 18:47:32 | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762051 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2026 18:47:06 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5762052 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Jan 05 2026 18:47:19 | SYNCB/JCPenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 5762053 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 05 2026 18:47:19 | SYNCB/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762054 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 05 2026 18:47:06 | SYNCB/JCPenney, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5762049 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jan 05 2026 18:50:00 | Surge Celtic Bank, 268 S State St, Suite 300, Salt Lake City, UT 84111-5314 |
| 5768153 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Jan 05 2026 18:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5762057 | Email/Text: edbknotices@ecmc.org | | |
| | | Jan 05 2026 18:50:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5762059 | + Email/Text: bankrupcty@vacatia.com | | |
| | | Jan 05 2026 18:50:00 | Vacation Village at Bonaventure, 2626 E Oakland Park Blvd, Fort Lauderdale, FL 33306-1603 |
| 5762060 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jan 05 2026 18:49:00 | Verizon, PO Box 15069, Albany, NY 12212-5069 |
| 5762062 | Email/Text: bankruptcydept@wyn.com | | |
| | | Jan 05 2026 18:50:00 | Wyndham Vacation Resorts, PO Box 98940, Las Vegas, NV 89193 |
| 5762061 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Jan 05 2026 18:50:00 | Wyndham Vacation Resorts, Attn: Bankruptcy Dept, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5762028 | * | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5762055 | *+ | SYNCB/JCPenney, PO Box 71729, Philadelphia, PA 19176-1729 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Allen Novatski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Carlo Sabatini

on behalf of Debtor 2 Victoria Jane Novatski usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

|  |  |  |
|---|---|---|
| Allen Novatski,<br>aka Allen John Novatski, aka Allen J Novatski, aka Allen<br>John Paul Novatski, aka Allen P Novatski, | Chapter | 13 |
| | Case No. | 5:25−bk−03382−MJC |
| **Debtor 1** | | |
| Victoria Jane Novatski,<br>aka Victoria Novatski, aka Victoria J Novatski, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 19, 2026<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 5, 2026 |

ntcnfhrg (08/21)