United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Allen Novatski

Victoria Jane Novatski

    Debtors

Case No. 25-03382-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 4

Date Rcvd: Jan 05, 2026             Form ID: pdf002             Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Allen Novatski, Victoria Jane Novatski, 806 Laconia Cir, S. Abington Twp, PA 18411-9703 |
| 5762023 | + | Fidelity, PO Box 790084, St Louis, MO 63179-0084 |
| 5762027 | | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5762026 | + | Geisinger, PO Box 983165, Boston, MA 02298-3165 |
| 5762030 | + | Hematology Oncology Associates, 1100 Meade Street, Dunmore, PA 18512-3169 |
| 5762033 | + | Medicus Urgent Care, 1208 O'Neill Hwy, Dunmore, PA 18512-1709 |
| 5762036 | + | NEI Ambulatory Surgery Center, PO Box 24353, New York, NY 10087-0350 |
| 5762037 | + | Northeastern Eye Institute, PO Box 24353, New York, NY 10087-0350 |
| 5762039 | | Officer or Managing Agent, OneMain Financial, 239 Northern Blvd, Suite 1, S Abington Twp, PA 18411-9302 |
| 5762038 | | Officer or Managing Agent, OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5762047 | + | Scranton Quincy Clinic, Attn 27944X, PO Box 14000, Belfast, ME 04915-4033 |
| 5762046 | | Scranton Quincy Clinic, PO Box 10499, Belfast, ME 04915 |
| 5762048 | + | Soleil Management Villas at Regal Palms, PO Box 770188, Coral Springs, FL 33077-0188 |
| 5762056 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5762058 | #+ | Vacation Village at Bonaventure, PO Box 9610, Coral Springs, FL 33075-9610 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:09 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762011 | | Email/Text: wwilde@aspennational.com | Jan 05 2026 18:50:00 | Aspen National Collections, Attn: Bankruptcy, PO Box 10689, Brooksville, FL 34603-0689 |
| 5762012 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2026 18:50:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5762013 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2026 18:50:00 | Barclays/Wyndham, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5762014 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2026 18:47:07 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5762015 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2026 18:47:19 | Capital One/Kohls, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5762016 | ^ | MEBN | Jan 05 2026 18:45:16 | Client Services, 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5762017 | + | Email/Text: bankruptcydept@wyn.com | Jan 05 2026 18:50:00 | Club Wyndham, Attn: Bankruptcy Dept, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |
| 5762019 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 05 2026 18:49:00 | Discover, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5762018 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 05 2026 18:47:09 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5762020 | | Email/Text: mrdiscen@discover.com | Jan 05 2026 18:49:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5762021 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 05 2026 18:50:00 | Elan Financial Services, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2459 |
| 5762022 | + | Email/Text: bankruptcydept@wyn.com | Jan 05 2026 18:50:00 | Fairfield Acceptance, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |
| 5762024 | + | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 18:50:00 | Ford Motor Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 5762025 | | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 18:50:00 | Ford Motor Credit Company, PO Box 542000, Omaha, NE 68154-8000 |
| 5763156 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:20 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5764287 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 18:47:35 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762029 | + | Email/Text: collectionsbk@glcu.org | Jan 05 2026 18:50:00 | Great Lakes Credit Union, PO Box 1289, Bannonkburn, IL 60015-6004 |
| 5762031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:57:41 | LVNV Funding LLC/Resurgent Capital, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5764616 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:57:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5762034 | | Email/Text: ml-ebn@missionlane.com | Jan 05 2026 18:49:00 | Mission Lane Tab Bank, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5762032 | ^ | MEBN | Jan 05 2026 18:44:45 | Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5762035 | ^ | MEBN | Jan 05 2026 18:44:46 | NCB Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5762040 | | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:32 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5766900 | + | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:19 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5762041 | | Email/PDF: cbp@omf.com | Jan 05 2026 18:47:19 | OneMain Financial, 239 Northern Blvd, Suite 1, S Abington Twp, PA 18411-9302 |
| 5762043 | | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2026 18:49:00 | Professional Account Services, PCU, PO Box 68, Brentwood, TN 37024-0068 |
| 5762042 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 05 2026 18:50:00 | Phillips & Cohen Associates, Ltd, Mail Stop: 661, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5762044 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 18:57:42 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5762045 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 05 2026 18:50:00 | Rocket Mortgage, 662 Woodward Ave, Detroit, MI 48226-3433 |
| 5762050 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2026 18:47:19 | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762051 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2026 18:47:19 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5762052 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Address | Date/Time |
|---|---|---|---|
| | | | Jan 05 2026 18:47:07 | SYNCB/JCPenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 5762053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 05 2026 18:47:19 | SYNCB/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762054 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 05 2026 18:47:07 | SYNCB/JCPenney, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5762049 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jan 05 2026 18:50:00 | Surge Celtic Bank, 268 S State St, Suite 300, Salt Lake City, UT 84111-5314 |
| 5768153 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Jan 05 2026 18:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5762057 | | Email/Text: edbknotices@ecmc.org | | |
| | | | Jan 05 2026 18:50:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5762059 | + | Email/Text: bankruptcy@vacatia.com | | |
| | | | Jan 05 2026 18:50:00 | Vacation Village at Bonaventure, 2626 E Oakland Park Blvd, Fort Lauderdale, FL 33306-1603 |
| 5762060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 05 2026 18:49:00 | Verizon, PO Box 15069, Albany, NY 12212-5069 |
| 5762062 | | Email/Text: bankruptcydept@wyn.com | | |
| | | | Jan 05 2026 18:50:00 | Wyndham Vacation Resorts, PO Box 98940, Las Vegas, NV 89193 |
| 5762061 | + | Email/Text: bankruptcydept@wyn.com | | |
| | | | Jan 05 2026 18:50:00 | Wyndham Vacation Resorts, Attn: Bankruptcy Dept, 6277 Sea Harbor Dr, Orlando, FL 32821-8043 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5762028 | * | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5762055 | *+ | SYNCB/JCPenney, PO Box 71729, Philadelphia, PA 19176-1729 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026               Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Allen Novatski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Carlo Sabatini
                    on behalf of Debtor 2 Victoria Jane Novatski usbkct@bankruptcypa.com
                    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
                    i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jack N Zaharopoulos
                    ecf_pahu_alt@trustee13.com

Matthew K. Fissel
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                    wbecf@brockandscott.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Allen Novatski<br> and<br>Victoria Jane Novatski | CHAPTER 13<br><br>CASE NO.<br><br>__X__ ORIGINAL PLAN<br>_____ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)<br>__0__ Number of Motions to Avoid Liens<br>__1__ Number of Motions to Value Collateral |

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [X] Included | [ ] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.    PLAN FUNDING AND LENGTH OF PLAN.**

    **A.    Plan Payments From Future Income**

        1.    To date, the Debtor paid _____$0.00_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is ___$6,300.00___ , plus other payments and property stated in § 1B below:

| Start<br>mm/yyyy | End<br>mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 12/2025 | 11/2028 | $175.00 | $0.00 | $175.00 | $6,300.00 |
| | | | | Total Payments: | $6,300.00 |

        2.    If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3.   Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4.   CHECK ONE: __X__ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B.   <u>**Additional Plan Funding From Liquidation of Assets/Other**</u>

   1.   The Debtor estimates that the liquidation value of this estate is _____$0.00_____ . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

   *Check one of the following two lines.*

   __X__   No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2.   **SECURED CLAIMS.**

A.   <u>**Pre-Confirmation Distributions.**</u> **Check one.**

   ___   None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   __X__   Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
| One Main Financial | 3438 | $30.00 |

   1.   The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

   2.   If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B.   <u>**Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.**</u> *Check one.*

   __X__   None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C.   <u>**Arrears, including, but not limited to, claims secured by Debtor's principal residence**</u>. *Check one.*

   ___   None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

   __X__   The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Rocket Mortgage | 806 Laconia Circle, S. Abington Twp, PA | 0 | 0 | 0 |
| Ford Motor Credit | 2024 Ford Escape | 0 | 0 | 0 |

**D.** **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   X    None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

   \_\_    None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

   X    Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| One Main Financial | 2014 Ford Fusion | $3,000.00 | 8.00% | $3,214.03 | Plan |

**F.** **Surrender of Collateral.** *Check one.*

   X    None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

   X    None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

  **A.** **Administrative Claims**

    1.   Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2.   Attorney's fees. Complete only one of the following options:

        a.   In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

        b.   $ \_\_\_415.00\_\_\_ per hour, with the hourly rate to be adjusted in accordance with the terms of the

written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

    X    None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

B. **<u>Priority Claims (including certain Domestic Support Obligations)</u>**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

C. **<u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).</u>** *Check one of the following two lines.*

    X    None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

A. **<u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>** *Check one of the following two lines.*

    X    None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    ___    None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

    X    The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Ford Motor Credit | 2024 Ford Escape | 479.19 | | 0 | | Assume |
| Club Wyndham | Timeshare Points Purchased | | | | | Reject |
| Soleil Management Villas at Regal Palms | Timeshare | | | | | Reject |
| Vacation Village at Bonaventure | Timeshare | | | | | Reject |
| Verizon | Cell service | | | | | Reject |
| Wyndham Vacation Resorts | Timeshare | | | | | Reject |

6. **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*     **See § 9.**

___plan confirmation.
___entry of discharge.
___closing of case.

7. **DISCHARGE: (Check one)**

( x )   The debtor will seek a discharge pursuant to § 1328(a).

(   )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

A.Vesting of Property. Property of the estate vests in the debtor on confirmation, except for any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

Dated:  November 25, 2025        _____
                                 Attorney for Debtor

                                 _____
                                 Debtor

                                 _____
                                 Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.