# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Allen Novatski,<br>aka Allen John Novatski, aka Allen J Novatski, aka Allen John Paul Novatski, aka Allen P Novatski,<br><br>**Debtor 1**<br><br>Victoria Jane Novatski,<br>aka Victoria Novatski, aka Victoria J Novatski,<br><br>**Debtor 2** | Chapter 13<br><br>Case No. 5:25–bk–03382–MJC |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on November 25, 2025. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 19, 2026

orcnfpln(05/18)