**LOCAL BANKRUPTCY FORM 2016-2(b)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**Allen Novatski and Victoria Jane Novatski,** | **CHAPTER:**    **13** |
| **Debtors** | **CASE NO.**    **5:25-bk-03382-MJC** |

**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

*(Name of applicant)* Carlo Sabatini applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1. Applicant is counsel for Debtor(s) Allen Novatski and Victoria Jane Novatski.

2. Debtor(s) filed a petition for bankruptcy relief on November 25, 2025 *(date)*.

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4. This Application is underline interim *(state whether an interim or final application)*.

5. (*Check all applicable items*)
   ☒    a.    Debtor(s)' Chapter 13 Plan was confirmed on February 19, 2026 *(date)*.

   ☐    b.    The order approving the last post-confirmation modification on Debtor(s)' confirmed Chapter 13 plan was entered on _____ *(date)*.

   ☐    c.    Debtor(s) have not confirmed a Plan.

6. The dates and amounts of previous compensation paid are:
   a. as a retainer $3,020.00 from 12/18/2024 – 07/02/2025 *(list dates and amounts)*;

   b. paid by the Chapter 13 Trustee through a confirmed Plan _____ *(list dates and amounts)*;

   c. other Debtors paid $313.00 on 07/02/2025 as advanced cost for filing fee. *(describe source, amount and date paid)*.

7. Compensation previously approved by the Court following the filing of an interim Application are: N/A *(dates and amounts)*.

8.      If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application, Applicant requests compensation in the amount of $5,580.00* and reimbursement of expenses in the amount of $468.37 for the period of December 18, 2024 to April 3, 2026. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

9.      Legal services were performed by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

10.     *(Check one)*

☒      Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

☐      Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

☐      Debtor(s) have not reviewed this Application prior to its filing.

☐      Debtor(s) have not approved the requested amounts.

11.     Objections are pending to the following prior fee applications: (*list date application was filed and name of objector, if no objections pending state "none"*).
        none

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $5,580.00* and reimbursement of expenses in the amount of $468.37 pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Dated: August 4, 2026              s/Carlo Sabatini
                                   Applicant's Signature

*Applicant estimates that in addition to the expense reimbursement request of $468.37, an additional $1,685.92 in compensation can be paid without underfunding the plan. Therefore, Applicant requests that the sum of those figures ($2,154.29) be paid in monthly installments as soon as funds are available, and that the remaining compensation requested be paid only after payment of all other claims that the plan entitles to full payment, and only to the extent that funds are available to pay it. Applicant estimates that the total amount actually received from the trustee's office will be less than $2,276.81.