IN RE:

ALLEN NOVATSKI AKA ALLEN JOHN
NOVATSKI AKA ALLEN J NOVATSKI
AKA ALLEN P NOVATSKI
AKA ALLEN JOHN PAUL NOVATSKI,
VICTORIA JANE NOVATSKI AKA
VICTORIA NOVATSKI
AKA VICTORIA J NOVATSKI,

Debtors

CHAPTER 13

CASE NO. 5:25-bk-03382-MJC

*Application of Attorney for Chapter 13
Debtor for Compensation and
Reimbursement of Expenses*

**ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 28, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $5,580.00 and reimbursement of expenses in the amount of $468.37 for a total sum of $6,048.37. This compensation is in addition to all amounts previously paid by the Debtors, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $3,333.00 of client funds that it is holding in its trust account toward this amount. The remaining $2,715.37 may be paid by the Chapter 13 Trustee.

As counsel has agreed to defer some of this award, payment may be made by the trustee as follows:

a. $2,154.29 may be paid in monthly installments as soon as funds are available; and

b. an additional $561.08 may be paid in monthly payments, but only after payment of all other claims that the plan entitles to full payment, and only to the extent that funds are available to pay it.