In re:

Allen Novatski; aka Allen John Novatski; aka Allen J Novatski; aka Allen P Novatski; aka Allen John Paul Novatski

Victoria Jane Novatski; aka Victoria Novatski; aka Victoria J Novatski,
                            Debtors


Address:  806 Laconia Circle
          South Abington Twp., PA 18411


Debtor Last Four Digits of SSN: 1861
Joint Debtor Last Four Digits of SSN: 8786


Allen Novatski and Victoria Jane Novatski,
                            Movants
        vs.

Jack Zaharopoulos, Trustee,
                            Respondent

Chapter 13

Case No. 5:25-bk-03382-MJC

Debtor's Motion to Order Trustee to Abandon Property

### Debtors' Motion to Order Trustee to Abandon Property

1.      Debtors filed this Chapter 13 case on November 25, 2025.

2.      On July 31, 2026, Debtors filed an amendment to Schedule A/B and Schedule C at Doc No. 27 disclosing claims against Rocket Mortgage, LLC and its associated entities and agents ("the Claims").

3.      The Claims are of inconsequential value and benefit to the estate.

4.      The Court may order the trustee to abandon the Claims.

5.      This motion and notice of the motion are being contemporaneously served upon all parties-in-interest pursuant to Fed. R. Bank. P. 6007(b).

WHEREFORE, Debtor respectfully asks the Court to order the trustee to abandon

Claims.

Date: August 14, 2026

/s/Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email carlo@bankruptcypa.com