IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Allen Novatski; aka Allen John Novatski; aka Allen J Novatski; aka Allen P Novatski; aka Allen John Paul Novatski

Victoria Jane Novatski; aka Victoria Novatski; aka Victoria J Novatski,
                          Debtors

Allen Novatski and Victoria Jane Novatski,
                          Movants
          vs.

Jack Zaharopoulos, Trustee,
                          Respondent

Chapter 13

Case No. 5:25-bk-03382-MJC

Debtor's Motion to Order Trustee to Abandon Property

## Notice

Today, Debtors filed *Debtors' Motion to Order Trustee to Abandon Property.*

If you object to the relief requested, you must file your objection or response on or before 14 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection or response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Date: August 14, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com