IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Allen Novatski; aka Allen John Novatski; aka
Allen J Novatski; aka Allen P Novatski; aka
Allen John Paul Novatski

Victoria Jane Novatski; aka Victoria
Novatski; aka Victoria J Novatski,
                              Debtors

Allen Novatski and Victoria Jane Novatski,
                              Movants
          vs.

Jack Zaharopoulos, Trustee,
                              Respondent

Chapter 13

Case No. 5:25-bk-03382-MJC

Debtor's Motion to Order Trustee to
Abandon Property

## **ORDER**

Upon consideration of *Debtor's Motion to Order Trustee to Abandon Property*, it is

hereby ORDERED that the motion is granted. The trustee is deemed to have abandoned the

claims against Rocket Mortgage, LLC identified on Doc No. 27, filed on July 31, 2026.