| In re: | Chapter 13 |
|---|---|
| Allen Novatski; aka Allen John Novatski; aka Allen J Novatski; aka Allen P Novatski; aka Allen John Paul Novatski | Case No. 5:25-bk-03382-MJC |
| Victoria Jane Novatski; aka Victoria Novatski; aka Victoria J Novatski, Debtors | Debtor's Motion to Order Trustee to Abandon Property |
| Allen Novatski and Victoria Jane Novatski, Movants vs. | |
| Jack Zaharopoulos, Trustee, Respondent | |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Papers Served: | 1. **Notice** 2. **Debtors' Motion to Order Trustee to Abandon Property** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Executed on August 14, 2026

/s/ Ashley Weisenfluh

Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

| |
|---|
| Aidvantage<br>Dept. of Ed. Loan Services<br>P.O. BOX 300001<br>Greenville, TX 75403-3001 |
| Allen & Victoria Novatski<br>806 Laconia Cir<br>S. Abington Twp, PA 18411-9703 |
| Aspen National Collections<br>Attn: Bankruptcy<br>P.O. Box 10689<br>Brooksville, FL 34603-0689 |
| Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |
| Barclays/Wyndham<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One/Kohls<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Client Services<br>514 Earth City Expy, Suite 310<br>Earth City, MO 63045-1303 |
| Club Wyndham<br>Attn: Bankruptcy Dept<br>6277 Sea Harbor Dr.<br>Orlando, FL 32821-8043 |
| Discover<br>P.O. Box 30939<br>Salt Lake City, UT 84130-0939 |
| DISCOVER FINANCIAL SERVICES, LLC<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| Elan Financial Services<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-2459 |
| Fairfield Acceptance<br>6277 Sea Harbor Dr.<br>Orlando, FL 32821-8043 |

| |
|---|
| Fidelity<br>P.O. Box 790084<br>St. Louis, MO 63179-0084 |
| Ford Motor Credit<br>P.O. Box 35910<br>Cleveland, OH 44135-0910 |
| Ford Motor Credit Company, LLC<br>P.O. Box 542000<br>Omaha, NE 68154-8000 |
| Ford Motor Credit Company, LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ford Motor Credit Company, LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Geisinger<br>P.O. Box 983154<br>Boston, MA 02298-3154 |
| Geisinger<br>P.O. Box 983165<br>Boston, MA 02298-3165 |
| Great Lakes Credit Union<br>P.O. Box 1289<br>Bannonkburn, IL 60015-6004 |
| Hematology Oncology Associates<br>1100 Meade Street<br>Dunmore, PA 18512-3169 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| LVNV Funding, LLC/Resurgent Capital<br>Attn: Bankruptcy<br>P.O. Box 1269<br>Greenville, SC 29602-1269 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Management Services, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 |
| Medicus Urgent Care<br>1208 O'Neill Hwy.<br>Dunmore, PA 18512-1709 |

| |
|---|
| MISSION LANE, LLC<br>P.O. BOX 105286<br>ATLANTA, GA 30348-5286 |
| NCB Management Services, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 |
| NEI Ambulatory Surgery Center<br>P.O. Box 24353<br>New York, NY 10087-0350 |
| Northeastern Eye Institute<br>P.O. Box 24353<br>New York, NY 10087-0350 |
| Officer or Managing Agent<br>OneMain Financial<br>239 Northern Blvd, Suite 1<br>S Abington Twp, PA 18411-9302 |
| OneMain Financial<br>P.O. Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial<br>P.O. Box 3251<br>Evansville, IN 47731-3251 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Phillips & Cohen Associates, Ltd<br>Mail Stop: 661<br>1002 Justison St.<br>Wilmington, DE 19801-5148 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| PROFESSIONAL ACCOUNT SERVICES, INC.<br>P.O. BOX 188<br>BRENTWOOD, TN 37024-0188 |
| Resurgent Capital Services<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |
| Rocket Mortgage<br>662 Woodward Ave.<br>Detroit, MI 48226-3433 |
| Rocket Mortgage, LLC f/k/a Quicken Loans<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |

| |
|---|
| Scranton Quincy Clinic<br>Attn 27944X<br>P.O. Box 14000<br>Belfast, ME 04915-4033 |
| Scranton Quincy Clinic<br>P.O. Box 10499<br>Belfast, ME 04915 |
| Shawn Miller<br>Aldridge Pite, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 |
| Soleil Management Villas at Regal Palms<br>P.O. Box 770188<br>Coral Springs, FL 33077-0188 |
| Surge Celtic Bank<br>268 S State St., Suite 300<br>Salt Lake City, UT 84111-5314 |
| SYNCB/Care Credit<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/Care Credit<br>P.O. Box 71757<br>Philadelphia, PA 19176-1757 |
| SYNCB/JCPenney<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/JCPenney<br>P.O. Box 71729<br>Philadelphia, PA 19176-1729 |
| U.S. Bank, N.A. d/b/a Elan Financial Services<br>Bankruptcy Department<br>P.O. Box 108<br>Saint Louis, MO 63166-0108 |
| US Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202-0001 |
| Vacation Village at Bonaventure<br>2626 E Oakland Park Blvd.<br>Fort Lauderdale, FL 33306-1603 |
| Vacation Village at Bonaventure<br>P.O. Box 9610<br>Coral Springs, FL 33075-9610 |
| Verizon<br>P.O. Box 15069<br>Albany, NY 12212-5069 |

| |
|---|
| Verizon<br>by AIS InfoSource, LP<br>P.O. Box 4457<br>Houston, TX 77210-4457 |
| WYNDHAM CONSUMER FINANCE, INC.<br>P.O. BOX 97474<br>LAS VEGAS, NV 89195-0001 |
| Wyndham Vacation Resorts<br>Attn: Bankruptcy Dept<br>6277 Sea Harbor Dr.<br>Orlando, FL 32821-8043 |