UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLEN NOVATSKI, | : | CHAPTER 13 |
| a/k/a ALLEN JOHN NOVATSKI, | : | |
| a/k/a ALLEN J NOVATSKI, | : | |
| a/k/a ALLEN P. NOVATSKI, | : | |
| a/k/a ALLEN JOHN PAUL NOVATSKI and | : | CASE NO. 5-25-bk-03382-MJC |
| VICTORIA JANE NOVATSKI, | : | |
| a/k/a VICTORIA NOVATSKI, | : | |
| a/k/a VICTORIA J. NOVATSKI, | : | |
| Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| ALLEN NOVATSKI, | : | |
| a/k/a ALLEN JOHN NOVATSKI, | : | |
| a/k/a ALLEN J NOVATSKI, | : | |
| a/k/a ALLEN P. NOVATSKI, | : | |
| a/k/a ALLEN JOHN PAUL NOVATSKI and | : | |
| VICTORIA JANE NOVATSKI, | : | |
| a/k/a VICTORIA NOVATSKI, | : | |
| a/k/a VICTORIA J. NOVATSKI, | : | |
| Respondents | : | |

TRUSTEE'S OBJECTION TO DEBTORS' MOTION
TO ORDER TRUSTEE TO ABANDON PROPERTY

AND NOW, this 28th day of August 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the above-referenced Debtors' Motion for the following reasons:

1. Debtors aver that their claims as disclosed on Schedule A/B, at Doc. No. 27, against Rocket Mortgage, LLC and its associated entities, are of inconsequential value and benefit to the estate. However, on the same Schedule the Debtors indicate said values to be "unknown".

2. The Trustee's position is that Debtors' averment is premature, in that it is indeterminate at this time whether the claims are inconsequential until said values are disclosed.

WHEREFORE, Trustee respectfully requests the Court to deny Debtors' Motion.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this 28th day of August 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee