UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLEN NOVATSKI,<br>a/k/a ALLEN JOHN NOVATSKI,<br>a/k/a ALLEN J NOVATSKI,<br>a/k/a ALLEN P. NOVATSKI,<br>a/k/a ALLEN JOHN PAUL NOVATSKI and<br>VICTORIA JANE NOVATSKI,<br>a/k/a VICTORIA NOVATSKI,<br>a/k/a VICTORIA J. NOVATSKI,<br>Debtors | : | CHAPTER 13<br><br><br><br>CASE NO. 5-25-bk-03382-MJC |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| | : | |
| ALLEN NOVATSKI,<br>a/k/a ALLEN JOHN NOVATSKI,<br>a/k/a ALLEN J NOVATSKI,<br>a/k/a ALLEN P. NOVATSKI,<br>a/k/a ALLEN JOHN PAUL NOVATSKI and<br>VICTORIA JANE NOVATSKI,<br>a/k/a VICTORIA NOVATSKI,<br>a/k/a VICTORIA J. NOVATSKI,<br>Respondents | : | |

ORDER

Upon consideration of Trustee's Objection to Debtors' Motion to Order Trustee to Abandon Property, IT IS HEREBY ORDERED that Trustee's Objection to Debtors' Motion is sustained.