UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALLEN NOVATSKI,<br>a/k/a ALLEN JOHN NOVATSKI,<br>a/k/a ALLEN J NOVATSKI,<br>a/k/a ALLEN P. NOVATSKI,<br>a/k/a ALLEN JOHN PAUL NOVATSKI and<br>VICTORIA JANE NOVATSKI,<br>a/k/a VICTORIA NOVATSKI,<br>a/k/a VICTORIA J. NOVATSKI,<br>Debtors | : | CHAPTER 13<br><br><br><br>CASE NO. 5-25-bk-03382-MJC |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| | : | |
| ALLEN NOVATSKI,<br>a/k/a ALLEN JOHN NOVATSKI,<br>a/k/a ALLEN J NOVATSKI,<br>a/k/a ALLEN P. NOVATSKI,<br>a/k/a ALLEN JOHN PAUL NOVATSKI and<br>VICTORIA JANE NOVATSKI,<br>a/k/a VICTORIA NOVATSKI,<br>a/k/a VICTORIA J. NOVATSKI,<br>Respondents | : | |

## TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, on this 28th day of August 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to Debtors' exemptions for the following reason:

1. The Debtors' exemption of 100% Fair Market Value without proof of the asset's value deprives the unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests that this Honorable Court sustain the Trustee's Objection to Debtors' Exemptions.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this 28th day of August 2026, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

/s/ Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee