# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>**Allen Novatski and Victoria Jane Novatski,**<br><br>**Debtor(s)** | **CHAPTER** | **13** |
| | **CASE NO.** | **5:25-bk-03382-MJC** |
| | **ADV. NO.** | **- -ap-** |
| | **NATURE OF PROCEEDING:** | **Debtors' Motion to Order Trustee to Abandon Property** |
| **Allen Novatski and Victoria Jane Novatski,**<br>**Plaintiff(s)/ Movants**<br>**vs.**<br>**Jack N. Zaharopoulos,**<br>**Defendant(s)/ Respondent(s)** | **DOCUMENT No.** | **29** |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 1, 2026

/s/Carlo Sabatini

Attorney for: Debtors

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.